# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-3754

_____

Van Johnson,                  *
                                      *
            Appellant,        *
                                      *    Appeal from the United States
     v.                            *    District Court for the Eastern
                                      *    District of Missouri.
Cameron Daniels; Dale Glass;    *
Gene Stubblefield; Steve Long;   *       [UNPUBLISHED]
Gary Kempker,           *
                                      *
           Appellees.        *

_____

Submitted: March 4, 2003

Filed: March 7, 2003

_____

Before BYE, FAGG, and RILEY, Circuit Judges.

_____

PER CURIAM.

Van Johnson appeals the district court's[*] 28 U.S.C. § 1915(e)(2)(B) dismissal without prejudice of Johnson's 42 U.S.C. § 1983 action. Having carefully reviewed the record, we conclude dismissal was proper. Accordingly, we affirm. See 8th Cir. R. 47A(a).

_____

[*]The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.